# EXHIBIT A

# OH - JVM1640

Event Time: 4:33:15 02/25/2023

Source: CLEVELAND PD / FBI HUMAN TRAFFICKING MISSING JUVENILE VICTIM

Case Number: CLEVELAND PD / FBI CASE

Reason: CLEVELAND PD / FBI HUMAN TRAFFICKING VICTIM - KAITLYN L COONES (DOB: 01/21/06) / SUSPECT: MICHAEL T. SMITH (DOB: 03/11/95) - IF SUBJECTS LOCATED CONTACT CLEVELAND PD, FBI, AND STARK COUNTY CPS (HAVE CUSTODY OF MISSING JUVENILE)

Camera:

Network: Jackson Township OH PD

