# EXHIBIT D



# Cleveland Division of Police
## Detail

**Print Date/Time:** 03/20/2023 15:05
**Login ID:** butlersh
**Case Number:** 2023-00044642

**ORI Number:** Cleveland Division of Police
OHCLP0000

## Case Details:

| | | | |
|---|---|---|---|
| **Case Number:** | 2023-00044642 | **Incident Type:** | Missing Juvenile |
| **Location:** | 4674 STATE RD Cleveland,OH 44109 | **Occured From:** | 02/13/2023 19:20 |
| | | **Occured Thru:** | 02/13/2023 20:08 |
| | | **Reported Date:** | 02/13/2023 20:02 Monday |
| **Reporting Officer ID:** | G1000-Garcia | **Status:** | Closed - Missing Person | **Status Date:** | 02/24/2023 |
| **Assigned Bureau:** | 2nd District Detective Unit | **Disposition:** | Missing Person Cancel/Return | **Disposition Date:** | 02/23/2023 |

### Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|
| Z1000-Zola | 02/14/2023 00:00 | Detective | 0577-Lanasa | |

Associated Cases    Status    Assisting ORIs    Role

Modus Operandi    Solvability Factors    Weight

Total:

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| | | | | | |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Missing Person | 1 | JUV OFFENDER INFO | | | | | |
| Reporting Person | 1 | Hancock, Kathy | 3567 WOODBRIDGE RD Cleveland Heights,OH | TELEPHONE | Unknown | Unknown | |
| Reporting Person | 2 | Smith, Michael | 1225 NORTH SKYLINE DR Seven Hills,OH 44131 | TELEPHONE | Unknown | Unknown | |



# Cleveland Division of Police
## Detail

**Print Date/Time:** 03/20/2023 15:05
**Login ID:** butlersh
**Case Number:** 2023-00044642

**ORI Number:**

Cleveland Division of Police
OHCLP0000

| Subject # | 1-Missing Person |
|---|---|

**Primary:**
**Name:**
**Address:**

JUV OFFENDER INFO

**Primary Pho**
Resident Typ
Disposition:                              Date:                              Custody Status:
Related Offenses

Related Weapons

Victim/Offender Relationship

Transported By:            Extent of Injury:                  Hospital:
Domestic Violence:         Domestic Violence Referrals:       Federal Agencies Involved:
Condition:                 Medical Treatment:

### Missing Person Information

| **Missing Person Code:** | Juvenile | **Recovery Code:** | Hospitalized | Previously Missing: |
|---|---|---|---|---|
| Foul Play Suspected: | | **Person Reporting:** | Michael Smith - RP | |

| Subject # | 1-Reporting Person |
|---|---|

**Primary:** No
**Name:** Hancock, Kathy
**Address:** 3567 WOODBRIDGE RD
Cleveland Heights OH
**Primary Phone:** TELEPHONE

**Race:** Unknown        **Sex:** Unknown
Height:                  Weight:              Build:
**Eyes:** Unknown        **Hair:** Unknown    Age:
SSN:                     DVL #:               **State:**
Resident Type:           Resident Status:     Statement Type:
Disposition:             Date:                Custody Status:
Related Offenses

Related Weapons

Victim/Offender Relationship

Transported By:            Extent of Injury:                  Hospital:
Domestic Violence:         Domestic Violence Referrals:       Federal Agencies Involved:
Condition:                 Medical Treatment:

### Missing Person Information



# Cleveland Division of Police
## Detail

**Print Date/Time:** 03/20/2023 15:05
**Login ID:** butlersh
**Case Number:** 2023-00044642

**ORI Number:** Cleveland Division of Police
OHCLP0000

| Subject # | 2-Reporting Person | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | No | | | | | | |
| **Name:** | Smith, Michael | **Race:** | Unknown | **Sex:** | Unknown | | |
| **Address:** | 1225 NORTH SKYLINE DR | Height: | | Weight: | | Build: | |
| | Seven Hills OH 44131 | **Eyes:** | Unknown | **Hair:** | Unknown | Age: | |
| **Primary Phone:** | TELEPHONE | SSN: | | DVL #: | | **State:** | |
| Resident Type: | | Resident Status: | | | | Statement Type: | |
| Disposition: | | Date: | | | | Custody Status: | |

Related Offenses

Related Weapons

Victim/Offender Relationship

Transported By:          Extent of Injury:                           Hospital:
Domestic Violence:       Domestic Violence Referrals:                Federal Agencies Involved:
Condition:               Medical Treatment:

**Missing Person Information**

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

**Routing:**
☐ Detective Bureau
☐ Sex Crimes
☐ Homicide
☐ Prosecutor's Office

## Sup 1 Report

**MISSING PERSON | JUVENILE | SUPPLEMENT 1**
On 02-20-2023, I, PO Camargo 72 in zone car 2C12 received a Missing Person Follow Ups from the OIC.  Below are the details:
I toured 4674 State Rd area and there was negative results
I called RP and there was no answer
I also toured areas of the 2nd District with negative results
I made checks with the DH, morgue, and hospital list and also there was negative results
Request 2nd Platoon to follow up
Checks:  HL (Anderson), Morgue (Thomas) and DH (Crawford)
72 – PO Camargo of Unit 2C12
SDCO.DD
23-44642-01
2-20-23

## Sup 2 Report

**MISSING PERSON | JUVENILE | SUPPLEMENT 2**
On Monday, February 20, 2023 while assigned to zone car 2D27 I had the occasion to follow up on a missing person juvenile [JUV] [JUV] assigned to me by the OIC, Sgt. Diaz.
Toured the 2nd District for [JUV OFFENDER] with negative results.  Contacted the morgue – negative, DH – negative, hospital list – negative and residence, also negative.
No additional information or leads found at the time of this report.
Respectfully request C Platoon to follow up.
Checks Made:  HL (Jones), Morgue (Tom) and DH (Telzrow)
1085 – PO Harrigan of Unit 2D27
SDCO.DD
23-44642-02
2-20-23

## ADDTL INFO/RETURNED

**MISSING PERSON/JUVENILE/RETURNED**

/////// RETURN ********** CALL OFF ********** RETURN *********** CALL OFF ************

ON THURSDAY, FEBRUARY 23, 2023 WHILE ASSIGNED TO ZC 2C17, I WAS NOTIFIED BY CH2 DISPATCH THAT THE ABOVE MPJ WAS CURRENTLY AT U/H HOSPITAL IN CONNECTION WITH BEING INVOLVED IN A MVA.
I SPOKE WITH CH2 AND HAD A DIST 3 CAR GO AND CONFIRM.  P.O. ASFOUR #905 RESPONDED AND CONFIRMED THAT THE MPJ WAS ON THE 4TH FLOOR IN BED #16.  P.O. ASFOUR SPOKE WITH THE MPJ AND CONFIRMED HER IDENTITY.
MPJ IS A WARD TO CFS.  CFS WORKER [TELEPHONE NUMBERS] [TELEPHONE] WAS CONTACTED AND INFORMED THAT THE MPJ WAS A PATIENT AT THE HOSPITAL.  CFS WILL BE CONFERRING WITH THE NURSE [NAME MAND REPORTER] [TELEPHONE] AND ARRANGE A CFS WORKER TO RESPOND TO BE WITH MPJ.
DATE/TIME LOCATED: 2-23-2023  1100 HRS
WHERE: UNIVERSITY HOSPITAL
NOTIFIED BY U/H HOSPITAL
MISSING HOW LONG: 10 DAYS
VERIFIED BADGE# 905, PTL. ASFOUR
OFFICER: PTL. COSTANZA #974

TYPIST: SDCO BENJAMIN, 23-44642

Redaction Date: 4/27/2023 11:14:52 AM

# Redaction Log

Total Number of Redactions in Document: 13

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|---|---|---|---|
| 1 | JUV OFFENDER INFO | Records that identify a juvenile or identify the basis for the arrest of a juvenile are withheld or redacted pursuant to O.R.C. 2151.313, and 1990 Ohio Atty. Gen. Ops. No. 101, at 2-440, Syllabus paragraph 3. | 1 |
| 1 | TELEPHONE NUMBERS | Pursuant to R.C. 149.43(A)(1)(mm), telephone numbers for crime victims; witnesses to a crime; victims who received medical treatment for injuries as a result of a motor vehicle, aircraft, boating, and/or trolley accident caused by a misdemeanor or higher violation of the Ohio Revised Code; and/or, parties to a motor vehicle accident, have been redacted. | 2 |
| 2 | TELEPHONE NUMBERS | Pursuant to R.C. 149.43(A)(1)(mm), telephone numbers for crime victims; witnesses to a crime; victims who received medical treatment for injuries as a result of a motor vehicle, aircraft, boating, and/or trolley accident caused by a misdemeanor or higher violation of the Ohio Revised Code; and/or, parties to a motor vehicle accident, have been redacted. | 1 |
| 2 | JUV OFFENDER INFO | Records that identify a juvenile or identify the basis for the arrest of a juvenile are withheld or redacted pursuant to O.R.C. 2151.313, and 1990 Ohio Atty. Gen. Ops. No. 101, at 2-440, Syllabus paragraph 3. | 1 |
| 3 | TELEPHONE NUMBERS | Pursuant to R.C. 149.43(A)(1)(mm), telephone numbers for crime victims; witnesses to a crime; victims who received medical treatment for injuries as a result of a motor vehicle, aircraft, boating, and/or trolley accident caused by a misdemeanor or higher violation of the Ohio Revised Code; and/or, parties to a motor vehicle accident, have been redacted. | 1 |
| 4 | JUV OFFENDER INFO | Records that identify a juvenile or identify the basis for the arrest of a juvenile are withheld or redacted pursuant to O.R.C. 2151.313, and 1990 Ohio Atty. Gen. Ops. No. 101, at 2-440, Syllabus paragraph 3. | 3 |
| 4 | TELEPHONE NUMBERS | Pursuant to R.C. 149.43(A)(1)(mm), telephone numbers for crime victims; witnesses to a crime; victims who received medical treatment for injuries as a result of a motor vehicle, aircraft, boating, and/or trolley accident caused by a misdemeanor or higher violation of the Ohio Revised Code; and/or, parties to a motor vehicle accident, have been redacted. | 3 |

Redaction Date: 4/27/2023 11:14:52 AM

# Redaction Log

| Page | Reason | Description | Occurrences |
|---|---|---|---|
| 4 | NAME MAND REPORTER | Name of mandatory reporter has been redacted under R.C. 2151.421(H)(1), "name with the person who made the report shall not be released for use." | 1 |

Redaction Date: 4/27/2023 11:14:52 AM

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
| JUV OFFENDER INFO | Records that identify a juvenile or identify the basis for the arrest of a juvenile are withheld or redacted pursuant to O.R.C. 2151.313, and 1990 Ohio Atty. Gen. Ops. No. 101, at 2-440, Syllabus paragraph 3. | 4(3) 2(1) 1(1) |
| NAME MAND REPORTER | Name of mandatory reporter has been redacted under R.C. 2151.421(H)(1), "name with the person who made the report shall not be released for use." | 4(1) |
| TELEPHONE NUMBERS | Pursuant to R.C. 149.43(A)(1)(mm), telephone numbers for crime victims; witnesses to a crime; victims who received medical treatment for injuries as a result of a motor vehicle, aircraft, boating, and/or trolley accident caused by a misdemeanor or higher violation of the Ohio Revised Code; and/or, parties to a motor vehicle accident, have been redacted. | 4(3) 3(1) 2(1) 1(2) |