# EXHIBIT E

**Policy 438**

Jackson Township Police Department
Policy Manual

# Automated License Plate Readers (ALPR)

### 438.1 PURPOSE AND SCOPE
Automated License Plate Reader (ALPR) technology, also known as License Plate Recognition, provides automated detection of license plates. ALPRs are used by the Jackson Township Police Department to convert data associated with vehicle license plates for official law enforcement purposes, including identifying stolen or wanted vehicles, stolen license plates and missing persons. The ALPR may also be used to gather information related to criminal investigations, active warrants, homeland security, electronic surveillance, suspect interdiction and stolen property recovery.

### 438.2 ADMINISTRATION OF ALPR DATA
All installation and maintenance of ALPR equipment, as well as ALPR data retention and access, shall be managed by the Investigation Division Commander. The Investigation Division Commander will assign personnel under his/her command to administer the day-to-day operation of the ALPR equipment and data.

### 438.3 ALPR OPERATION
Use of an ALPR is restricted to the purposes outlined below. Department personnel shall not use, or allow others to use, the equipment or database records for any unauthorized purpose.

(a) An ALPR shall only be used for official and legitimate law enforcement purposes.

(b) An ALPR may be used in conjunction with any patrol operation or official Department investigation. Reasonable suspicion or probable cause is not necessary before using ALPR.

(c) No member of this department shall operate ALPR equipment or access ALPR data without first completing appropriate training.

(d) ALPR data shall only be accessed on Departmental computers/devices.

(e) No ALPR operator may access LEADS/NCIC data unless otherwise authorized to do so.

### 438.3.1 ALPR PATROL ALERTS
Officers may monitor the ALPR system for alerts as part of their daily duties or assignment. Officers shall observe the following procedures when monitoring the ALPR for Patrol Alerts:

(a) Officers should verify all ALPR alerts through LEADS/NCIC before taking enforcement action that is based soley upon an ALPR alert.

(b) Patrol Alert notification settings should be set to monitor the following:

  1. Violent Person
  2. Missing Person
  3. Gang or Suspected Terrorist

---

Copyright Lexipol, LLC 2023/02/15, All Rights Reserved.
Published with permission by Jackson Township Police Department

Automated License Plate Readers (ALPR) - 1

*Automated License Plate Readers (ALPR)*

      4. Warrants

      5. Stolen Vehicle

      6. Stolen Plate

      7. NCMEC Amber Alert / Missing Child

      8. Immigration Violator

      9. CPIC Data Records

(c) Officers should visually verify that the license plate data alerted upon matches the license plate of the vehicle.

      1. Verification helps to identify error reads on the part of the system

## 438.3.2 ALPR DATA SEARCH

Officers may search ALPR data to assist with Criminal Investigations or other legitimate Law Enforcement Purposes. Officers shall observe the following procedures when searching ALPR data:

(a) Officers will enter the case/report number into the "search reason" field prior to searching data

(b) Partial license plates and/or vehicle descriptions reported during crimes should be entered into the ALPR system in an attempt to identify suspect vehicles

## 438.3.3 ALPR CASE DATA

Officers who utilize ALPR data or alerts as part of an investigation or to take enforcement action shall follow the following procedures:

(a) Document the existence of ALPR data in any related case report.

(b) Members should download and tag ALPR data into the Axon system using the following information:

      1. Case Number

      2. Case Type

      3. Title

(c) It is the responsibility of the Investigating Officer to appropriately download and tag ALPR data.

## 438.4 ALPR DATA COLLECTION AND RETENTION

All data and images gathered by an ALPR are for the official use of the Jackson Township Police Department. Because such data may contain confidential LEADS data, it is not open to public review. ALPR information gathered and retained by this department may be used and shared with other law enforcement agencies, prosecutors or others only as permitted by law.

The Investigation Division Commander is responsible to ensure proper collection and retention of ALPR data.

Copyright Lexipol, LLC 2023/02/15, All Rights Reserved.
Published with permission by Jackson Township Police Department

All ALPR data downloaded for further investigation shall be retained for a period consistent with the requirements of the organization's records retention schedule. The designated technology provider will retain all other ALPR data for a period of 30 days, at which time it is purged from the system.

### 438.5 ACCOUNTABILITY AND SAFEGUARDS

All saved data will be closely safeguarded and protected by both procedural and technological means. The Jackson Township Police Department will observe the following safeguards regarding access to and use of stored data:

(a) All non-law enforcement requests for access to stored ALPR data shall be referred to the Administrative Lieutenant and processed in accordance with applicable law.

(b) Persons approved to access ALPR data are permitted to access the data for legitimate law enforcement purposes only, such as when the data relates to a specific criminal investigation or department-related civil or administrative action.

(c) Such ALPR data may be released to other authorized and verified law enforcement officials and agencies at any time for legitimate law enforcement purposes.

(d) ALPR system audits should be conducted on a regular basis.