# EXHIBIT B

# IN THE COURT OF APPEALS OF OHIO
# EIGHTH DISTRICT
# CUYAHOGA COUNTY

| | | |
|---|---|---|
| MICHAEL SMITH, | ) | CASE NO. CA 23 112814 |
| | ) | |
| Relator | ) | (Public records mandamus action) |
| | ) | |
| vs. | ) | |
| | ) | |
| CLEVELAND PUBLIC RECORDS, | ) | **AFFIDAVIT OF** |
| | ) | **DEPUTY COMMISSIONER** |
| Respondent | ) | **LARRY JONES II** |

NOW COMES DEPUTY COMMISSIONER LARRY JONES II, and for his Affidavit states as follows:

1. I am an adult who is competent to make this Affidavit, and I have first-hand knowledge of the facts set forth herein.

2. I have been employed by the City of Cleveland since 2010. Currently, I serve as a Deputy Commissioner in the Department of Public Safety ("DPS"). I am responsible for the IT business needs, security posture and operations for DPS and Citywide special projects, including Cleveland Division of Police ("CDP") computer hardware and software.

3. In the course of my duties, I am familiar with the computer hardware and software used by DPS and CDP for law enforcement purposes. Currently, DPS and CDP do not own or operate any automated license plate readers (ALPRs). ALPRs are computer-controlled camera systems that are typically mounted on street poles, streetlights, overpasses, or police cars. To my knowledge DPS and CDP have never owned or operated any hardware or software used by CDP for ALPR purposes.

4. The City is currently in negotiations with an ALPR vendor, Flock Safety, but there is currently no contract in place.

5. Other law enforcement agencies might share ALPR data with CDP in particular criminal investigations, but that data would be sourced in the other agencies' ALPR systems.

6. Based on my first-hand knowledge and experience as a Deputy Commissioner in the IT field, I believe it is correct for the City to reply, "no responsive records," whenever a requester seeks ALPR records from the City. That would include the public records requests made by Michael Smith (assigned request numbers C000771-031123; P006131-031123; P012317-051923; C001343-051923; C001344-051923; and P006032-030923).

7. If a requester were to ask for the records of a particular criminal case, those records might or might not include ALPR data. But the City does not maintain ALPR data as a separate category of records because the City does not have any ALPR systems in place at this time.

8. The Division of Police does not have any access to the Flock ALPR software so no CDP member would have the authority to add a plate to the Flock Hot List/Hit List.

FURTHER AFFIANT SAYETH NAUGHT.

SIGNED:

_____
DEPUTY COMMISSIONER LARRY JONES II

STATE OF OHIO ) 
) SS:
COUNTY OF CUYAHOGA )

SWORN TO and subscribed before me this ___15th___ day of June, 2023, by the foregoing Affiant, who did swear or affirm it was his true act and deed.

*[signature]* (0065120)

NOTARY PUBLIC
TIMOTHY J. PUIN, Attorney
NOTARY PUBLIC - STATE OF OHIO
My Commission Has No Expiration Date
Section 147.03 O.R.C.

Respectfully submitted,

MARK D. GRIFFIN (0064141)
Director of Law

By: *Timothy J. Puin*
Amy K. Hough (007116)
Timothy J. Puin (0065120)
City of Cleveland
Department of Law
601 Lakeside Ave. E., Rm. 106
Cleveland, OH 44114
(216) 664-2800
ahough@clevelandohio.gov
tpuin@clevelandohio.gov
Attorneys for Respondent