IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL SMITH, | : | Case No: 5:23-CV-1171 |
| *Plaintiff*, | : | JUDGE BRENNAN |
| v. | : | MAG. JUDGE PARKER |
| ZEID HADDADIN, et al., | : | |
| *Defendants*. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michael Smith, and Defendants Zeid Haddadin, Emmalee Carver, Kyle Trsinar, Mark Brink and Jackson Township, by and through undersigned counsel, hereby stipulate and provide notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entirety of this matter is dismissed with prejudice. The parties also stipulate that they will bear their own costs, expenses, and attorneys' fees for this action.

Respectfully Submitted,

_____
Michael Smith
Apt. 105
1225 Skyline Drive
Orrville, OH 44667

*Plaintiff, pro se*

/s/ Scott H. DeHart
_____
Drew C. Piersall  (0070785)
dcp@zrlaw.com
Scott H. DeHart (0095463)
shd@zrlaw.com

Zashin & Rich Co., L.P.A.
17 South High Street, Suite 900
Columbus, Ohio 43215
Telephone: (614) 224-4411
Facsimile: (614) 224-4433

*Attorneys for All Defendants*